**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ranch Realty, Inc., ) | No. CV-07-843-PHX-SMM |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| DC Ranch Realty, et al., ) | |
| ) | |
| Defendants. ) | |

Before the Court is the parties' Notice of Private Mediation Date and Request for Status Conference (Dkt. 30). The parties assert that they have agreed to and secured a private mediation date of Tuesday, August 5, 2008. The parties request that the court set a status conference in the event that the mediation does not resolve their dispute. The Court will set a status conference, which shall be automatically vacated upon the filing of a Notice or Stipulation of Dismissal by the parties.

Accordingly,

//

//

//

//

//

1    **IT IS HEREBY ORDERED** that a status conference shall be scheduled in this
2    matter for **Monday, August 25, 2008 at 10:00 a.m.**  The status conference shall be
3    automatically vacated upon the filing of a Notice or Stipulation of Dismissal by the
4    parties.

5    DATED this 20th day of June, 2008.

Stephen M. McNamee
United States District Judge