**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ranch Realty Inc., | No. CV-07-843-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| DC Ranch Realty, LLC, et al., | |
| Defendants. | |

The Court having received telephonic notice of settlement from counsel for Plaintiff,

**IT IS HEREBY ORDERED** that a status conference shall be scheduled in this matter for **Monday, September 29, 2008 at 10:30 a.m.** The status conference shall be automatically vacated upon the filing of a Stipulation of Dismissal by the parties.

**IT IS FURTHER ORDERED** that the status conference currently set for Monday, September 14, 2008 it vacated.

DATED this 7th day of August, 2008.

Stephen M. McNamee
United States District Judge